IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3005 |
| vs. | |
| PEGGY SANDERSFELD, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 35). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 35) is granted.

2. The indictment is dismissed without prejudice.

Dated this 31st day of October, 2018.

BY THE COURT:

*[signature: John M. Gerrard]*
John M. Gerrard
United States District Judge